IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

UNITED STATES OF AMERICA,

V.                                                    Indictment: 1:12-CR-329

PABLO CAMANEY-ARZATE,

      DEFENDANT.

## PABLO CAMANEY-ARZATE'S SUPPLEMENT TO MOTION TO SUPPRESS APRIL 1 & NOVEMBER 13, 2013 STATEMENTS

The defendant, Pablo Camaney-Arzate, previously filed a motion to suppress statements (Doc: 207).  That motion moved this to Court suppress statements made by the defendant in court on April 1 and November 13, 2013.  The defendant supplements the previous motion as follows:

1.

This Court on April 1 and November 13, 2013 conducted hearings on the defendant's motion to suppress the search of Apartment L-8, a motion to suppress statements allegedly made by the defendant while in the custody of DEA agents, and a motion to dismiss the indictment based on identity.

2.

The defendant testified at the April 1 and November 2013 hearings.

1

3.

The statements that the defendant made to support his motions to suppress are not admissible against the defendant in his trial.  <u>Simmons v. United States</u>, 390 U.S. 377 (1968).

4.

The <u>Simmons</u> Court held that a defendant's testimony in a Fourth Amendment pre-trial suppression hearing cannot be admitted in trial without violating the Fifth Amendment privilege against self-incrimination.

5.

Wherefore, the defendant moves that his in-court statements be suppressed for the following reasons:

1.  The defendant's in-court testimony was made during this Court's Fourth Amendment pre-trial suppression hearings (see <u>Simmons</u>);

2.  Trial counsel at the April 1 and November 13, 2013 hearings was ineffective by allowing the defendant to testify and trial counsel's ineffectiveness prejudiced the defendant and

3.  The Government should be prohibited from using the April 1 and November 13, 2013 statements for all the reasons mentioned in this and the earlier motion (Doc: 207) on the subject.

Respectfully submitted,

/s/Michael Saul

Michael Saul
Attorney for Pablo Camaney-Arzate

P.O. Box 4504
301 Washington Avenue
Marietta, Georgia 30061
404-281-1542

CERTIFICATE OF SERVICE

This is to certify that I have this day served the United States a copy of this

supplemental motion by electronic filing to:

Kamal Ghali
Asst. U.S. Attorney
6th Floor, U.S. Courthouse
75 Spring Street
Atlanta, Georgia   30335

This April 19, 2015

Respectfully submitted,
/s/Michael Saul

Michael H. Saul
Attorney for Defendant
627025

P.O. Box 4504
Marietta, Georgia,   30061
770-429-8787