IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CARLOS ALFREDO AREVELO,<br><br>Defendant. | CRIMINAL ACTION<br><br>NO. 1:12-cr-329-TCB-LTW-1 |

## **O R D E R**

On September 22, 2014, the Government moved to dismiss the indictment as to Defendant Carlos Arevelo. The motion was granted orally at that time, as reflected in the minute sheets [201], but no written order was entered. Accordingly, the indictment against Arevelo is dismissed.

IT IS SO ORDERED this 16th day of February, 2016.

_____
Timothy C. Batten, Sr.
United States District Judge