IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CRIMINAL ACTION NO.<br>1:12-CR-329-TCB-LTW |
| PABLO CAMANEY- ARZATE, | |
| Defendant. | |

## MAGISTRATE JUDGE'S ORDER

It has been brought to the Court's attention that Defendant Pablo Camaney-Arzate may be in possession of certain documents that this Court placed under seal and prohibited defense counsel from copying and leaving with or showing to Defendant. Based on the information provided to the Court, Defendant Camaney-Arzate is hereby **ORDERED** to immediately return to the Court by way of Defendant's conflict counsel, Michael Trost, any and all documents within his possession that were filed under seal in this case including but not limited to Docket Entries 236, 237, 252, 253, and 254.

**SO ORDERED** this  8  day of June, 2016.

LINDA T. WALKER
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev.8/82)